IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

JAMES OTIS CATER
        Petitioner,

V.

DARLENE DREW, Warden,
FPC Montgomery
        Respondent.

2007 AUG 17 P 3: 11

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:07CV739-MEF
(to be assigned)

Criminal Action No.
92-00133, U.S. District
Court, Southern District
of Alabama

## DECLARATION IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS
### Case No. _____

I, __James Otis Cater__ declare that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fee, costs or give security therefor, I stat that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

1. A. Are you presently employed? _x_ Yes ___ No
    If answer is "yes," State the amount of your salary or wages per month and give the name and address of your employer.

    $40 monthly, FPC Montgomery, Maxwell Air Force Base, Montgomery, AL 36112

   B. If the answer if "no," state the date of last employment, and the amount of salary and wages per month which you received.

   _____

2. Have you received within the past twelve months any money from any of the followingg sources?

    A. Business, profession or form of self-employment?
        ___ Yes _x_ No
    B. Rent payments, interest or dividends?
        ___ Yes _x_ No

    C. Pensions, annuities or life insurance payments?
        ___ Yes _x_ No
    D. Gifts or inheritances?
        ___ Yes _x_ No
    E. Any other sources?
        _x_ Yes ___ No

(1)

No. 2:07cv 739-MEF
_____

(Case No. to be assigned)

RECEIVED

2007 AUG 17 A 9: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES OTIS CATER          PETITIONER

VS.

DARLENE DREW, Warden, FPC Montgomery   RESPONDENT

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

The petitioner asks leave to file the attached petition for writ of habeas corpus without prepayment of cost and to proceed in forma pauperis.

[ ] Petitioner has previously been granted leave to proceed in forma pauperis in the following court(s):

_____

_____

[x] Petitioner has not previously been granted leave to proceed in forma pauperis in any court.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

DATE 8/15/07

James Otis Cater
Reg. No. 04999-003
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

# Inmate Statement



| Inmate Reg #: | 04999003 | Current Institution: | Montgomery FPC |
|---|---|---|---|
| Inmate Name: | CATER, JAMES | Housing Unit: | MON-M-H |
| Report Date: | 08/15/2007 | Living Quarters: | M08-007L |
| Report Time: | 3:33:13 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 8/15/2007 11:14:08 AM | 15 | | | Sales | ($1.60) | | $47.18 |
| MON | 8/15/2007 11:10:35 AM | 14 | | | Sales | ($40.10) | | $48.78 |
| MON | 8/9/2007 2:25:00 PM | 44 | | | Sales | ($6.50) | | $88.88 |
| MON | 8/9/2007 2:11:38 PM | 40 | | | Sales | ($24.90) | | $95.38 |
| MON | 8/4/2007 8:13:31 PM | TFN0804 | | | Phone Withdrawal | ($15.00) | | $120.28 |
| MON | 8/3/2007 11:02:07 AM | GIPP0707 | | | Payroll - IPP | $42.63 | | $135.28 |
| MON | 8/1/2007 10:56:54 AM | 12 | | | Sales | ($33.00) | | $92.65 |
| MON | 7/26/2007 10:51:10 AM | 7 | | | Sales | ($29.30) | | $125.65 |
| MON | 7/18/2007 1:31:37 PM | 28 | | | Sales | ($2.55) | | $154.95 |
| MON | 7/18/2007 11:18:38 AM | 18 | | | Sales | ($30.65) | | $157.50 |
| MON | 7/16/2007 5:10:11 AM | 70187203 | | | Lockbox - CD | $25.00 | | $188.15 |
| MON | 7/11/2007 11:10:04 AM | 21 | | | Sales | ($57.55) | | $163.15 |
| MON | 7/6/2007 10:21:46 AM | GIPP0607 | | | Payroll - IPP | $42.63 | | $220.70 |
| MON | 7/5/2007 11:14:51 AM | 13 | | | Sales | ($52.30) | | $178.07 |
| MON | 6/28/2007 10:54:14 AM | 19 | | | Sales | ($30.15) | | $230.37 |
| MON | 6/23/2007 2:04:08 PM | TFN0623 | | | Phone Withdrawal | ($8.00) | | $260.52 |
| MON | 6/22/2007 5:13:13 AM | 70185701 | | | Lockbox - CD | $100.00 | | $268.52 |
| MON | 6/21/2007 3:11:55 PM | 54 | | | Sales | ($61.10) | | $168.52 |
| MON | 6/19/2007 10:44:39 AM | GITS2CNV | | | Phone Rev With Rel | $0.55 | | $229.62 |
| MON | 6/18/2007 5:14:37 AM | 70185303 | | | Lockbox - CD | $50.00 | | $229.07 |
| MON | 6/13/2007 11:46:15 AM | 28 | | | Sales | ($46.95) | | $179.07 |
| MON | 6/9/2007 5:18:00 AM | 70184801 | | | Lockbox - CD | $200.00 | | $226.02 |
| MON | 6/7/2007 6:07:48 PM | 84 | | | Sales | ($21.10) | | $26.02 |
| MON | 6/4/2007 9:10:24 AM | GIPP0507 | | | Payroll - IPP | $46.40 | | $47.12 |
| MON | 5/31/2007 7:14:12 PM | 97 | | | Sales | ($16.95) | | $0.72 |
| MON | 5/23/2007 2:17:57 PM | 21 | | | Sales | ($38.65) | | $17.67 |
| MON | 5/16/2007 6:30:55 PM | 74 | | | Sales | ($39.15) | | $56.32 |
| MON | 5/9/2007 5:49:00 PM | 56 | | | Sales | ($34.60) | | $95.47 |
| MON | 5/4/2007 8:45:24 AM | GIPP0407 | | | Payroll - IPP | $42.63 | | $130.07 |
| MON | 5/2/2007 5:51:34 PM | 81 | | | Sales | ($24.35) | | $87.44 |
| MON | 4/19/2007 5:37:27 PM | 77 | | | Sales | ($34.95) | | $111.79 |
| MON | 4/12/2007 12:06:17 PM | 33313907 | | | Western Union | $100.00 | | $146.74 |
| MON | 4/11/2007 5:25:47 PM | 83 | | | Sales | ($108.90) | | $46.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MON | 4/6/2007 8:56:36 AM | GIPP0307 | | Payroll - IPP | $44.66 | | $155.64 |
| MON | 4/5/2007 8:51:02 PM | ITS0405 | | Phone Withdrawal | ($17.00) | | $110.98 |
| MON | 4/4/2007 11:36:32 AM | 735 | | SPO - Released | | $112.70 | -------- |
| MON | 4/4/2007 11:36:32 AM | 15 | | Sales | ($147.65) | | $127.98 |
| MON | 3/15/2007 10:47:08 AM | 22 | | Sales | ($34.45) | | $275.63 |
| MON | 3/15/2007 10:02:54 AM | 735 | | SPO | | ($112.70) | -------- |
| MON | 3/12/2007 8:36:38 PM | ITS0312 | | Phone Withdrawal | ($15.00) | | $310.08 |
| MON | 3/5/2007 10:39:26 AM | 15 | | Sales | ($45.50) | | $325.08 |
| MON | 3/2/2007 8:49:20 AM | GIPP0207 | | Payroll - IPP | $38.57 | | $370.58 |
| MON | 2/26/2007 8:17:25 PM | ITS0226 | | Phone Withdrawal | ($10.00) | | $332.01 |
| MON | 2/24/2007 5:10:59 AM | 70177401 | | Lockbox - CD | $150.00 | | $342.01 |
| MON | 2/22/2007 11:11:10 AM | 32 | | Sales | ($23.50) | | $192.01 |
| MON | 2/14/2007 7:17:00 AM | 70176701 | | Lockbox - CD | $75.00 | | $215.51 |
| MON | 2/8/2007 5:45:32 PM | 95 | | Sales | ($1.55) | | $140.51 |
| MON | 2/8/2007 5:43:14 PM | 452 | | SPO - Released | | $90.85 | -------- |
| MON | 2/8/2007 5:43:14 PM | 450 | | SPO - Released | | $56.60 | -------- |
| MON | 2/8/2007 5:43:14 PM | 94 | | Sales | ($148.45) | | $142.06 |

1 2

Total Transactions: 77

Totals: ($70.23) $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $47.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47.18 |
| Totals: | $47.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47.18 |

_____, Case Manager
Authorized by the Act of July 7, 1955,
as amended, to administer oaths (18 U.S.C. 4004)
_____8-15-07_____, Date