```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000493
Cashier ID: brobinso
Transaction Date: 09/19/2007
Payer Name: US TREASURY
------------------------------------
WRIT OF HABEAS CORPUS
 For: JAMES CATER
 Case/Party: D-ALM-2-07-CV-000739-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 222131069221
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```