AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

| | |
|---|---|
| James Otis Cater<br>V.<br><br>Darlene Drew<br>Warden, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:    2:07-cv-00739-MEF |

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
US Department of Justice
10 th and Constitutional Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Otis Cater
Reg 04999-003
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112
PRO SE

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              9/19/07

CLERK                                                               DATE

/s/ Austin

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle     District of     Alabama

James Otis Cater
V.

Darlene Drew
Warden, FPC Montgomery

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00739-MEF

TO: (Name and address of Defendant)

Darlene Drew, Warden
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Otis Cater
Reg 04999-003
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112 Quinn Eric Brock
PRO SE

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 9/19/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle     District of     Alabama

James Otis Cater
V.

Darlene Drew
Warden, FPC Montgomery

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00739-MEF

TO: (Name and address of Defendant)

Leura Garrett Canary
U.S. Attorney
P.O. Box 197
Montgomery, AL 36197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Otis Cater
Reg 04999-003
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112 Quinn Eric Brock
PRO SE

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*[signature]*

(By) DEPUTY CLERK

DATE    9/19/07