**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darlene Drew
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): S. R. Crook
C. Date of Delivery: 21 SEP 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07CV739
S,C & proc order

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 6411

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540