**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

1. Article Addressed to:

Leura Garrett Canary
US Attorney
P.O. Gox 197
Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _n yann_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
N ian    9/20/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv 739
sc+proc ord

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 0026 6435

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540