**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☐ Agent    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
SEP 28 2007

1. Article Addressed to:

Alberto Gonzales
Atty General fo the US
US Dept of Justice, 10th & Const. Ave
Washington, DC  20530

07CV739

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0026 6428

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540