IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES OTIS CATER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: **2:07cv-739-MEF** |
| | ) |
| DARLENE DREW, Warden, | ) |
| FPC Montgomery, | ) |
| | ) |
| Respondent. | ) |

**MOTION FOR EXTENSION OF TIME**

Comes now the respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a 10-day extension of time until Wednesday, October 22, 2007, in which to respond to the Court's Order entered on or about September 19, 2007, and as grounds states as follows:

Agency counsel responsible for assisting the undersigned has indicated that a thorough and complete report could not be completed without receipt of information from a source outside of her office. Said information has been recently received but the press of other matters will make responding herein by October 10, 2007 extremely burdensome. For this reason, the respondent is requesting a 10-day extension of time until Wednesday, October 24, 2007,in which to respond to the Court's previously cited Order.

Given the petitioner's status, no attempts have been made to determine his position on this request.

Respectfully submitted this 5th day of October, 2007.

                          LEURA G. CANARY
                          United States Attorney

By:   s/R. Randolph Neeley
       Assistant United States Attorney
       Bar Number: #9083-E56R
       Attorney for Defendant
       United States Attorney's Office
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone: (334) 223-7280
       Facsimile:  (334) 223-7418
       E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

                James Otis Carter
                Reg. No. 04999-003
                FPC Maxwell
                Maxwell AFB
                Montgomery, AL 36112

                s/ R. Randolph Neeley
                Assistant United States Attorney