IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES OTIS CATER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | )   Civil Action No.2:07cv739-MEF |
| | ) |
| DARLENE DREW, | ) |
| WARDEN, FPC MONTGOMERY, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Respondent on October 5, 2007 (Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Respondent be GRANTED an extension from October 10, 2007, to and including October 24, 2007, to file a response to Petitioner's habeas petition in compliance with this court's order entered on September 19, 2007.

Done this 9th day of October, 2007.

        /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE