## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JAMES OTIS CATER, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Civil Action No.: **2:07cv-739-MEF** |
| | ) |
| DARLENE DREW, Warden, | ) |
|     FPC Montgomery, | ) |
| | ) |
|     Respondent. | ) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW the Respondent, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☒    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported: None.

Dated this the 6th day of February, 2008.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
   R. RANDOLPH NEELEY
   Assistant United States Attorney
   Bar Number: 9083-E56R
   Post Office Box 197
   Montgomery, AL  36101-0197
   Telephone No.: (334) 223-7280
   Facsimile No.: (334) 223-7418
   **E-mail:** rand.neeley@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

        James Otis Cater
        Reg. No. 04999-003
        FPC Maxwell
        Maxwell AFB
        Montgomery, AL 36112

        s/R. Randolph Neeley
        Assistant United States Attorney