IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES OTIS CARTER, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:07-cv-0739-MEF |
| | ) |
| DARLENE DREW, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #22) filed on April 27, 2009 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #21) entered on April 14, 2009 is adopted;

(3)  The 28 U.S.C. § 2241 petition for habeas corpus relief filed by petitioner is DENIED and this case is DISMISSED with prejudice.

DONE this the 6th day of May, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE